**Order filed November 12, 2021**



# In The

# Elebenth Court of Appeals

_____

## No. 11-21-00082-CR

_____

## YAHEL ELIYAH MCDANIEL, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 91st District Court**
**Eastland County, Texas**
**Trial Court Cause Nos. 25663, 25665, 25668, 25760, & 25960**

# O R D E R

This appeal has become stalled due to the failure of Appellant's appointed counsel, John W. Stickels, to file an appellate brief. The brief was originally due on October 1, 2021. Neither the brief nor a motion for extension of time was filed by that date. On October 4, October 13, and October 21, this court notified counsel that the brief was past due, and we granted extensions of time on our own motion. In the October 21 letter, we explained that we deemed the inordinate delay in filing the brief to be a serious matter, and we directed counsel to file the brief on or before

November 1, 2021. On November 2, 2021, counsel filed a motion for extension of time to file the brief, requesting an extension until November 8, 2021. As of the date of this order, counsel has not filed an appellate brief—despite requesting an extension date of November 8.

In light of the delay in filing Appellant's brief and counsel's failure to comply with this court's prior directive, we abate the appeal and remand the cause to the trial court so that it may determine the following:

1. Whether Appellant desires to prosecute his appeal; and

2. Whether Appellant's appointed counsel, John W. Stickels, should be removed as appellate counsel and new counsel appointed.

*See* TEX. R. APP. P. 38.8(b). We note that Appellant need not appear in person at the hearing and that the trial court may permit him to appear via telephone or other electronic means. The trial court is directed to make appropriate findings and recommendations and to appoint new appellate counsel if appropriate. The trial court clerk is directed to prepare and forward to this court a supplemental clerk's record containing the findings, recommendations, and any orders of the trial court. If a hearing is held, the court reporter is directed to prepare and forward to this court the reporter's record from the hearing. These records are due to be filed in this court on or before December 10, 2021. Appellant's brief will be due to be filed in this court within thirty days after the date this appeal is reinstated.

The appeal is abated.

PER CURIAM

November 12, 2021

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.